IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

CYNTHIA LYNN WHEELER, Individually )
As next friend of her sons, ROBERT )
WAYNE WHEELER, and MICHAEL ADGER )
WHEELER, )
)
     Plaintiffs, )
)    CIVIL ACTION FILE
v. )
)    NO.:  3:05-CV-071-JTC
COWETA COUNTY SCHOOL DISTRICT and )
RUSSELL BLAKE BASS, Superintendent )
of Coweta County Board of Education )
and KIRK STALLINGS, as Principal )
of East Coweta High School, in )
their individual and official )
capacities, and MIKE YEAGER, )
Coweta County Sheriff, VENCE )
MEADOWS, Coweta County Deputy )
Sheriff, all in their individual )
and official capacities, )
)
     Defendants. )

## NOTICE OF ENTRY OF APPEARANCE AND SUBSTITUTION OF COUNSEL

COMES NOW JENNIFER G. COWART, the undersigned attorney, and hereby enters an appearance as co-counsel with William T. Mitchell on behalf of Defendants Mike Yeager and Vence Meadows in the above-styled civil action,

substituting for Shalena M. Cook.   Ms. Cowart requests that the Court send notifications of all filings to her at the address indicated below.

The date of any scheduled proceedings, including trial, will not be affected by this entry of appearance/substitution of counsel as this matter has not yet been placed on the trial calendar.

Respectfully submitted, this 17th day of October, 2006.

CRUSER & MITCHELL, LLP

s/Shalena M. Cook
Shalena M. Cook
Georgia Bar No. 526846

s/Jennifer G. Cowart
William T. Mitchell
Georgia Bar No.  513810
Jennifer G. Cowart
Georgia Bar No. 191612
Attorneys for *Defendants*
Mike Yeager and Vence Meadows

Peachtree Ridge, Suite 750
3500 Parkway Lane
Norcross, GA   30092
PH:  (404) 881-2622
FX:  (404) 881-2630
EM:   jcowart@cmlawfirm.com

## <u>LOCAL RULE 7.1 CERTIFICATION</u>

The undersigned counsel hereby certifies that this pleading was prepared with one of the font and point selections approved by the Court in LR 5.1B. Specifically, Times New Roman was used in 14 point.

**CRUSER & MITCHELL, LLP**

s/Jennifer G. Cowart
Jennifer G. Cowart
Georgia Bar No. 191612

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I have this day electronically filed the within and

foregoing **NOTICE OF ENTRY OF APPEARANCE AND SUBSTITUTION**

**OF COUNSEL** with the Clerk of Court using the CM/ECF system which will

automatically send e-mail notification of such filing to the following attorneys of

record:

Jeffrey W. Duncan, Esq.
231 Teasley Trail
Moreland, GA   30259

Mitch Powell, Esq.
Glover & Davis, P.C.
P.O. Drawer 1038
Newnan, GA   30264

David A. Siegel, Esq.
Page, Scrantom, Sprouse, Tucker & Ford, P.C.
1111 Bay Avenue, Third Floor
Post Office Box 1199
Columbus, GA   31902-1199

Joseph MacNabb, Esq.
Rosenzweig, Jones & MacNabb, P.C.
32 South Court Square
Post Office Box 220
Newnan, GA  30264

This 17<u>th</u> day of October, 2006.

CRUSER & MITCHELL, LLP

s/Jennifer G. Cowart
Jennifer G. Cowart
Georgia Bar No. 191612

Peachtree Ridge, Suite 750
3500 Parkway Lane
Norcross, GA   30092
PH:  (404) 881-2622
FX:  (404) 881-2630
EM:   jcowart@cmlawfirm.com